1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   TIMOTHY R. CAHN (Bar # 162136)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LEVI STRAUSS & CO., | Case No.   C 06-03765 SC |
| 12              Plaintiff, | **PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF TENTATIVE SETTLEMENT AND APPLICATION TO SUSPEND CASE MANAGEMENT DATES** |
| 13              v. | |
| 14  FOX HOLLOW APPAREL GROUP, LLC, a New York corporation; PARIGI GROUP, LTD., a New York corporation; KOLONAKI, INC., a California corporation; INDUSTRIAL COTTON, INC., a New York corporation; TURN ON PRODUCTS, INC., a New York corporation; FOREVER 21, INC., a Delaware corporation; MAXX ACCESSORIES, Inc., a New York corporation, | Date:  December 8, 2006<br>Time:  10:00 a.m. |
| 19              Defendants. | |

20

21   Plaintiff Levi Strauss & Co. ("LS&CO.") hereby notifies the Court that Plaintiff and

22  Defendants Fox Hollow Apparel Group, LLC, Parigi Group, Ltd., Turn On Products, Inc., Forever 21,

23  Inc. and Maxx Accessories, Inc. have reached tentative settlements of their disputes, and are nearly

24  finished documenting the terms of the settlements. A Default was entered against defendant Kolonaki,

25  Inc. on November 29, 2006. A dismissal has already been filed with respect to defendant Industrial

26  Cotton, Inc. The tentative settlements with the remaining defendants were reached on the assumption

27  that the parties would not expend any further resources litigating this action while the settlements are

28  finalized. The settling defendants and their counsel are located out of town and attendance at the

1  CMC would be costly.

2      The Initial Case Management Conference is currently set for December 8, 2006.  Accordingly,
3  LS&CO. requests that the Court suspend pending case management dates, including Fed. R. Civ. P. 26
4  deadlines, while the parties finalize their settlements.  If for some reason the tentative settlements have
5  not been finalized within 30 days, LS&CO. will notify the Court and request that the case
6  management schedule be reinstated.

7      LS&CO. further requests that the Court order a schedule to be set for LS&CO.'s Motion for
8  Default Judgment against defendant Kolonaki, Inc. on dates convenient for the Court not less than 90
9  days from now.  LS&CO. will conduct investigation and discovery related to its damages during this
10 interval.

11

12 Date: November 30, 2006                        TOWNSEND AND TOWNSEND AND CREW LLP

13

14                                                By: /s/ Gregory S. Gilchrist
15                                                    Gregory S. Gilchrist
                                                      Attorneys for Plaintiff
16                                                    LEVI STRAUSS & CO.

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti — 12/4/06]

17 **GOOD CAUSE APPEARING,**

18 **IT IS ORDERED AS FOLLOWS:**

19    1.   The Order Setting a Case Management Conference scheduled for December 8, 2006
20 shall be vacated;

21    2.   Unless claims against all defendants other than Kolonaki, Inc. are dismissed within 30
22 days pursuant to tentative settlements, plaintiff will notify the Court and a new Case Management
23 Order will be entered.

24    3.   LS&CO's Motion for Default Judgment against Kolonaki, Inc. shall be filed on
25 February 9, 2007 .  Any opposition shall be filed on  February 23, 7007; reply on
26 March 2, 2007      .  Hearing on the Motion shall be at  10:00 A.M.        , on
27  March 16, 2007       .

28 ///

1  4. Plaintiff will serve this order on all parties.

3  Dated: _____   _____
        HONORABLE SAMUEL CONTI
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

6  60927796 v1