1  TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
TIMOTHY R. CAHN (Bar # 162136)
3  Two Embarcadero Center, 8th Floor
San Francisco, California 94111
4  Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com; trcahn@townsend.com

6  Attorneys for Plaintiff
LEVI STRAUSS & CO.
7

8                       UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  LEVI STRAUSS & CO.,                    Case No.  C-06-3765 SC

12                 Plaintiff,              **NOTICE OF VOLUNTARY
                                           DISMISSAL**
13         v.

14
    FOX HOLLOW APPAREL GROUP, LLC, et
15  al.

16                 Defendants.

17

18       Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily

19  dismisses this action against defendant Maxx Accessories, Inc. with all parties to bear their own costs

20  and fees.  As of this date, defendant Maxx Accessories, Inc. has not filed an answer or otherwise

21  responded to the complaint.

22  DATED:  February 22, 2007          Respectfully submitted,

23                                     By:_  /s/ Gregory S. Gilchrist_____
24                                            Gregory S. Gilchrist
                                              TOWNSEND AND TOWNSEND AND CREW LLP
25
                                              Counsel for Plaintiff
26                                            LEVI STRAUSS & CO.

27

28
    NOTICE OF VOLUNTARY DISMISSAL          *Levi Strauss & Co. v. Fox Hollow Apparel Group
                                           LLC, et al.*
                                           Case No. C 06 3765 SC

**PROOF OF SERVICE**

I, Carol Petrich, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On February 22, 2007, I served the following document(s): **NOTICE OF VOLUNTARY DISMISSAL** on the parties in this action

(XX)   By Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. CCP §1013(a); Fed. Rule Civ. Proc. 5(b).

( )   By Overnight Courier: I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnight Courier. Under that practice it would be deposited with said Overnight Courier on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. CCP §1013(c).

( )   By Personal Service by Messenger: I caused such documents to be placed in an envelope and given to an employee of a courier service with instructions to hand deliver such envelope to the below-referenced address on February 22, 2007. Fed. Rule Civ. Proc. 5(b).

( )   By Facsimile: On the same date the document was also transmitted by facsimile transmission from facsimile number (415) 576-0300 to the following persons at the fax numbers indicated below:

| | |
|---|---|
| Kenneth R. Schachter, Esq.<br>Silverberg Stonehill Goldsmith & Haber, P.C.<br>111 West 40th Street<br>New York, NY 10019<br>Facsimile: (212) 391-4556<br>Attorneys for Defendant Turn On Products, Inc. | Young Kwon, Esq.<br>Forever 21, Inc.<br>2001 S. Alameda Street<br>Los Angeles, CA 90058<br>Facsimile: 213-741-5161<br>Attorneys for Defendant Forever 21, Inc. |
| Murray L. Skala, Esq.<br>Larry Miller, Esq.<br>Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP<br>International Plaza<br>750 Lexington Avenue<br>New York, NY 10022-1200<br>Facsimile: 212-888-7776<br>Attorneys for Defendant Industrial Cotton, Inc. | Andrew S. Langsam, Esq.<br>Levisohn, Berger & Langsam, LLP<br>805 Third Avenue<br>New York, NY 10022<br>Facsimile: 212-486-0323<br>Attorneys for Defendant Maxx Accessories, Inc. |

- 2 -

NOTICE OF VOLUNTARY DISMISSAL

*Levi Strauss & Co. v. Fox Hollow Apparel Group LLC, et al.*
Case No. C 06 3765 SC

| | |
|---|---|
| Neal R. Platt, Esq.<br>Shwal & Platt<br>767 Third Avenue, 23rd Floor<br>New York, NY  10017<br>Attorneys for Defendants Fox Hollow Apparel<br>Group, LLC and Parigi Group, Ltd.<br>Facsimile:  212-332-3315 | Mr. George Georgiou<br>Kolonaki, Inc.<br>808 Brannan Street<br>San Francisco, CA  94103<br>Facsimile:  415-554-8034 |

1

2

3

4

5

6       I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct.  Executed on February 22, 2007, at San Francisco, California.

7

8

9                                              /s/ Carol Petrich
                                               Carol Petrich

10

   60988113 v1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              - 3 -

28

NOTICE OF VOLUNTARY DISMISSAL                    *Levi Strauss & Co. v. Fox Hollow Apparel Group*
                                                 *LLC, et al.*
                                                 Case No. C 06 3765 SC