```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
TIMOTHY R. CAHN (Bar # 162136)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com; trcahn@townsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> FOX HOLLOW APPAREL GROUP, LLC, et al. <br><br> Defendants. | Case No.  C-06-3765 SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action against defendant Turn On Products, Inc. with all parties to bear their own costs and fees.  As of this date, defendant Turn On Products, Inc. has not filed an answer or otherwise responded to the complaint.

DATED:  March 6, 2007             Respectfully submitted,

                                  By:   /s/ Gregory S. Gilchrist
                                        Gregory S. Gilchrist
                                        TOWNSEND AND TOWNSEND AND CREW LLP

                                        Counsel for Plaintiff
                                        LEVI STRAUSS & CO.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

NOTICE OF VOLUNTARY DISMISSAL           *Levi Strauss & Co. v. Fox Hollow Apparel Group LLC, et al.*
                                        Case No. C 06 3765 SC

## PROOF OF SERVICE

I, Carol Petrich, am a citizen of the United States and an employee in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, CA 94111.

On March 6, 2007, I served the following document(s): **NOTICE OF VOLUNTARY DISMISSAL** on the parties in this action

(XX) By Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. CCP §1013(a); Fed. Rule Civ. Proc. 5(b).

( ) By Overnight Courier: I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnight Courier. Under that practice it would be deposited with said Overnight Courier on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. CCP §1013(c).

( ) By Personal Service by Messenger: I caused such documents to be placed in an envelope and given to an employee of a courier service with instructions to hand deliver such envelope to the below-referenced address on March 6, 2007. Fed. Rule Civ. Proc. 5(b).

( ) By Facsimile: On the same date the document was also transmitted by facsimile transmission from facsimile number (415) 576-0300 to the following persons at the fax numbers indicated below:

| | |
|---|---|
| Kenneth R. Schachter, Esq.<br>Silverberg Stonehill Goldsmith & Haber, P.C.<br>111 West 40th Street<br>New York, NY 10019<br>Facsimile: (212) 391-4556<br>Attorneys for Defendant Turn On Products, Inc. | Young Kwon, Esq.<br>Forever 21, Inc.<br>2001 S. Alameda Street<br>Los Angeles, CA 90058<br>Facsimile: 213-741-5161<br>Attorneys for Defendant Forever 21, Inc. |
| Murray L. Skala, Esq.<br>Larry Miller, Esq.<br>Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP<br>International Plaza<br>750 Lexington Avenue<br>New York, NY 10022-1200<br>Facsimile: 212-888-7776<br>Attorneys for Defendant Industrial Cotton, Inc. | Andrew S. Langsam, Esq.<br>Levisohn, Berger & Langsam, LLP<br>805 Third Avenue<br>New York, NY 10022<br>Facsimile: 212-486-0323<br>Attorneys for Defendant Maxx Accessories, Inc. |

NOTICE OF VOLUNTARY DISMISSAL                *Levi Strauss & Co. v. Fox Hollow Apparel Group LLC, et al.*
Case No. C 06 3765 SC

| | |
|---|---|
| Neal R. Platt, Esq.<br>Shwal & Platt<br>767 Third Avenue, 23rd Floor<br>New York, NY  10017<br>Attorneys for Defendants Fox Hollow Apparel Group, LLC and Parigi Group, Ltd.<br>Facsimile:  212-332-3315 | Mr. George Georgiou<br>Kolonaki, Inc.<br>808 Brannan Street<br>San Francisco, CA  94103<br>Facsimile:  415-554-8034 |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 6, 2007, at San Francisco, California.


                                     /s/ Carol Petrich
                                     Carol Petrich

60997245 v1

- 3 -

NOTICE OF VOLUNTARY DISMISSAL           *Levi Strauss & Co. v. Fox Hollow Apparel Group LLC, et al.*
                                                                              Case No. C 06 3765 SC